No. 02–8776. LOZA-LUNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8777. CLARK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8779. MAYDAK *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. 

No. 02–8780. TIJERINA-QUEZADA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8781. THOMPSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8782. HOLGUIN HERRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8784. WESLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8789. DIMODICA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 02–8793. CALDERON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8796. JOHNSON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8797. SALAZAR-AVILA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8798. STAMPS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8799. REYES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–8803. PENA *v.* UNITED STATES; BARRERA-HERNANDEZ *v.* UNITED STATES; GARZA-GARZA *v.* UNITED STATES; ALVARADO-LOPEZ *v.* UNITED STATES; GARCIA-HERNANDEZ *v.* UNITED STATES; and CARBAJAL-SANTANA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 407 (first, fifth, and sixth judgments) and 409 (second, third, and fourth judgments).